IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAYDEN BEDNAR,<br><br>Plaintiff,<br><br>vs.<br><br>BEATRICE CONTAINER SYSTEMS, LLC,<br><br>Defendant. | 4:25CV3103<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation and Joint Motion to Dismiss (Filing No. 22). Having considered the matter, the Court will accept the Stipulation and grant the Motion to Dismiss. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 2nd day of September, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge